Alaina M. Stedillie (Wyoming Bar No. 6-4327)
astedillie@crowleyfleck.com
CROWLEY | FLECK
111 W 2nd St. #220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307

Brian N. Platt (*pro hac vice forthcoming*)
bplatt@wnlaw.com
Collin D. Hansen (*pro hac vice forthcoming*)
chansen@wnlaw.com
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Counsel for Plaintiff Axcess Global Sciences, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RISE TO NUTRITION, LLC *dba* RIZE LABS,<br><br>Defendant. | Civil No:________________________ |

**COMPLAINT FOR FALSE ADVERTISING AND UNFAIR COMPETITION AND JURY DEMAND**

Plaintiff Axcess Global Sciences, LLC ("AGS" or "Plaintiff") complains and alleges the following against Defendant Rise to Nutrition, LLC *dba* Rize Labs ("Rize Labs" or "Defendant).

## THE PARTIES

1. Plaintiff AGS is a Utah limited liability company with a principal place of business at 2157 Lincoln Street, Salt Lake City, UT 84106.

2. Defendant Rize Labs is a Wyoming limited liability company with a registered mailing address and principal office at 30 N Gould Street, Ste 28212, Sheridan, WY 82801, and a registered agent (Northwest Registered Agents, Inc.) at 30 N Gould Street, Ste N, Sheridan, WY 82801.

## JURISDICTION

3. This Court has federal question subject matter jurisdiction under 28 U.S.C. § 1331 because all claims arise under the laws of the United States: 15 U.S.C. § 1125.

4. This Court has personal jurisdiction over Defendant, and venue is proper in this District pursuant to 28 U.S.C. § 1391, at least because Defendant resides in this District, is registered to do business in this District, has a registered agent in this district, has a principal office in this District, and has committed a substantial portion of the infringements and other misdeeds giving rise to this action from within this District.

## BACKGROUND

5. Plaintiff AGS is an innovator in the field of exogenous ketones and ketogenic precursor supplement products. In particular, AGS has developed a line of products containing novel formulations of the health supplement Beta-Hydroxybutyrate ("BHB"). These products aid

the body in producing and sustaining elevated levels of ketone bodies in the blood and assist in the body's transition into nutritional ketosis.

6. Plaintiff is the premier provider of BHB supplements in the United States and around the world. Plaintiff's quality products can be found online via its own website, through third-party retailers, and in brick-and-mortar stores across the country like Walmart, Target, Walgreens, CVS, and more.

7. Defendant falsely advertises that hundreds of its products contain BHB ingredients, when in fact, they contain no BHB, as exemplified below for Defendant's "Premier Keto" product:



**Supplement Facts**
Serving Size: 2 Gummies
Servings Per Container: 30

| | Amount Per Serving | %DV* |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrate | 3g | 1% |
| Total Sugars | 2g | ** |
| Includes 2g Added Sugars | | 4% |
| Vitamin B6 (as Pyridoxine HCl) | 1.28mg | 29.5% |
| Folate (as 240mcg Folic Acid) | 403.5mcg DFE | 50% |
| Vitamin B12 (as Cyanocobalamin) | 4.1mcg | 50% |
| Iodine (as Potassium Iodide) | 100mcg | 33.5% |
| Apple Cider Vinegar (Fruit) (5% Total Acids) | 1000mg | ** |
| Beet Juice Powder (Fruit) | 80mcg | ** |
| Pomegranate Juice (Root) | 80mcg | ** |

* Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value (DV) not established.

Other Ingredients: Glucose Syrup, Sucrose, Water, Glucose, Pectin Natural Flavoring (Apple), Sodium Citrate, Citric Acid, Glazing Agent (Carnauba Wax and Vegetable Oil), Unfiltered Liquid Apple Cider Vinegar, Purple Carrot Juice Concentrate, B-Carotene 1%

- All Natural Ingredients: For weight loss and belly fat, Premier Keto bhb Gummies for weight loss has all natural organic ingredients to help achieve your weight loss and increased energy goals more quickly. The added benefits of apple cider vinegar can effectively improve weight loss.

https://www.amazon.com/dp/B0CHN77MGK/

8. Actual consumers have been deceived by Defendant's false advertising of BHB ingredients:



"The gummies were suppose to be with bhb and it's not. Why? This is the second time this has happened. If I order it with bhb it should have bhb"

By Sam on December 24, 2023.

"The item received is not at all what was advertised. Completely different ingredients. Totally unacceptable and disappointing"

By Tony Edwards on March 22, 2024.

"This is not the real product I wanted. Same label and name, but it has different ingredients. How dishonest! Do NOT buy!!"

By Cathie C on October 10, 2023.

"Fake..not same ingredients"

By kathy schaefer on February 11, 2024.

https://www.amazon.com/s?me=A1P5ROWBBK1MZB&marketplaceID=ATVPDKIKX0DER

9. Plaintiff conducted third-party testing of a representative sample of three of Defendant's products that purportedly contain BHB (identified by their Amazon ASINs: B0C42W6X57, B0CK9C4CBF, and B0CHN77MGK) and confirmed that they do not, in fact, contain any BHB. *See* Exhibit A.

10. Defendant also falsely advertises that its products are endorsed by various musicians, actors, television personalities, and popular television programs, including singer and television host Kelly Clarkson, actor John Goodman, television host Oprah Winfrey, and the television program, *Shark Tank*:




https://www.amazon.com/dp/B0CB4QCKV2/




https://www.amazon.com/dp/B0C42W6X57/

11. On information and belief, Defendant is attempting to profit from a trend of marketplace bad actors falsely associating keto products with *Shark Tank* and other celebrities—a false advertising scandal recognized by the FTC. *See* FTC Consumer Alert, *Did your favorite Shark Tank celebrity really endorse THAT? Probably not* (2023) (accessible at: https://consumer.ftc.gov/consumer-alerts/2023/02/did-your-favorite-shark-tank-celebrity-really-endorse-probably-not) ("Before you spend money on that 'Shark-approved' . . . keto diet pill, are you sure it's really been through the *Tank*? Really sure? Scammers are using fake *Shark Tank* celebrity testimonials and endorsements—complete with doctored photos and videos—to generate buzz and profits.").

12. Actual consumers have been deceived by Defendant's false advertising of celebrity and television endorsements:



L. Entz

★☆☆☆☆ **Doesn't work for weight loss**

Reviewed in the United States on December 13, 2023

Size: 60 Count (Pack of 2) | **Verified Purchase**

This product was featured on Facebook in relationship to the weight loss of Kelly Clarkson.
I took this product as directed & had zero results. Might as well be candy. Don't waste your money. Total scam.

★☆☆☆☆ "I believe that this product was falsely advertised and that Kelly Clarkson did not represent their product as advertised. Therefor I am requesting a refund."

By SFD on November 18, 2023.

★☆☆☆☆ "Products use false advertising and information. They are claiming John Goodman lost his weight on this FAKE JUNK BIG SCAM. I WANT MY MONEY BACK. SUSAN T"

By Susan T. on October 5, 2023.

https://www.amazon.com/gp/customer-reviews/R3Q8PSOSTP05KR?ASIN=B0CBNBRTGB

13. Plaintiff is a direct competitor of Defendant in the dietary supplements market and specifically for ketone and BHB supplements, including in pill and gummy form.

14. Defendant's Falsely Advertised Products include at least those products currently listed at the 136 Amazon ASINs identified below:

B0C42W6X57
B0CK9C4CBF
B0CHN77MGK
B0CCZVVQT1
B0CD1DL61G
B0CCZQTCGR
B0CMTYMXKB
B0CMV133KT
B0CMTWRFPN
B0CBCW73GC
B0CBCXMWVC
B0CLGSSTJX
B0CLGTVKYH
B0CLGX79JK
B0CGKX4G6H
B0CGKMPWZM
B0CGKQ3CB5
B0C3WQVZWD
B0C3WQTNFH
B0CHGX6NW7
B0CHGSKFSN
B0CHGBCK42
B0CH96V2TS
B0CH9797DC
B0CH98WRJC
B0C42XMBSL
B0CGH5WSG3
B0CGKWPGY6
B0CGKKRM3L
B0CGK7K2HW
B0CGKPJ1D7
B0C1M7HBG4
B0C1MMDWG7
B0C1M9RXMQ
B0CKD51TMS
B0C6X12MLQ
B0C6X8Z24T
B0CK8MJKX5
B0CK8PD8CX
B0CK8PF2MC
B0C5S11K2G
B0C5S1BQZH
B0CHCDC486
B0CHCHL2M5
B0CHC48Q6W
B0CHBTY871
B0C67B9WX8
B0CDDL598L
B0CDDFVJ1C
B0CDD5PYTP
B0CJTBDTFG
B0CJT8X512
B0CJT5QYWD
B0CJT7DWHT
B0C5S3KT62
B0C5S3TLBK
B0C8VDX1KS
B0C8VG94PP
B0C9KCT5L2
B0C9KKSJSR
B0CJMKXNZX
B0CDDCGL38
B0C5NTRSDZ
B0C5P3N1JY
B0C5NT67RS
B0CH99V8GP
B0CH97X7H3
B0CH99GK6C
B0CH98NS3J
B0C99PZBXQ
B0CBNBRTGB
B0CBNCD659
B0CBNF3JCB
B0C55T9MYV
B0C55QNHFN
B0C925HGX5
B0C927ZNRW
B0C92Q914F
B0C8S3KSNR
B0C8RKBFDK
B0CGL7CXPK
B0CGKF3131
B0CGKSCGZ9
B0CGL275WP
B0CBNC55NJ
B0CCWWGB9Z
B0CCX62SXS
B0CB94Q51X
B0CB952136
B0CB94RL7K
B0CD2RCZZP
B0CD2S2ZHQ
B0CD2TXWW1
B0CD2TFYQC
B0CHN6RD1W
B0CHN9KQ6H
B0CHN85H81
B0C3WS9SLK
B0C3WV4JWP
B0C79K1SPW
B0C79LLKF3
B0C79PHDZ4
B0C99KV7QC
B0C42WGW3G
B0CB952LCF
B0CBNDSM9B
B0C55TR9VX
B0C8QXC4JF
B0CBNBCR91
B0CB4S5GJ4
B0C5NRW42S
B0C9285QTM
B0CBNB4QH6
B0CDDRJQS4
B0CDCQJM4N
B0C6X33VB1
B0C5YP3ZQ3
B0C6RBT3FT
B0CDCRM9W1
B0CCX3YWCT
B0CBNCSVT8
B0C45JGGTL
B0CCWQT3N1
B0CBNC88P3
B0C6RCMFKN
B0C5S52ZHC
B0C8VDXBBK
B0C5S4996R
B0C8VDBFSC
B0CDDBLT9N
B0C46DTJ8X
B0C5S1FG88
B0C42WXK69
B0C4Z548FB
B0C45GKYZY
B0CB4QCKV2

15. Plaintiff further notes that Defendant is engaged in a widespread scheme of intellectual property theft of third parties. Indeed, on information and belief, most—if not all—of Defendant's products, including the Falsely Advertised Products, are rip-offs of the products of

various third parties. On information and belief, Defendant steals the trademark-protected product names, trade dress, and copyright-protected labelling and product descriptions of third parties and applies them to its own products. Reviews for Defendant's products are replete with consumers who have been confused by Defendant's infringements:

★☆☆☆☆ "let me state This Item is FAKE, I order this everything about it is FAKE!!! The label, Ingredients also USING The NAME! Company dose not make this! BUYER BEWARE... Ask me how I know this I have the Real Bottle Form the Real Company... This so Call Company Rize Labs would not give my a FULL REFUND BUYER BEWARE. FAKE!"
Read less
By Sandy Goodman on August 31, 2023.

★☆☆☆☆ "we think this is not an original Quiteum plus but a knock off.. even the ingredients are incorrect. tried returning it but it says this item doesnt qualify for a return."
Read less
By asad ali on September 3, 2023.

★☆☆☆☆ "The product was called Sight Care, but did not have the ingredients listed on Amazon. I had a bottle of Sight care that I was trying to order that I had got at another site. When I received the product it had none of the ingredients I was trying to match. I could not return the bottle. So I am out my money. I am totally NOT HAPPY with this product."
Read less
By Kindle Customer on July 26, 2023.

★☆☆☆☆ "This is NOT the original Puravive that you read about in the news, this product is totally FAKE. The quality of ingredients is horrible along with the amount of ingredients. There's ABSOLUTELY no weight loss and this product increase your blood pressure to very high levels. The product made me feel sick every time I tried it, in addition to raised BP, there's vomiting and migraines. DO NOT BUY THIS JUNK!!"
Read less
By SickMetal on March 29, 2024.

★☆☆☆☆ "I have read that this is a knock off of the real Glucotrust product. Amazon should pay closer attention to their sellers."
By Tls on March 5, 2024.

★☆☆☆☆ "Terrible product. I can not be returned. Does not work at all. It is a fake for the real product. The real product has completely different ingredients and only a 30 day supply."
Read less
By Marta Blodgett on February 20, 2024.

★☆☆☆☆ "Very disappointed ...This product is a fake! I guess that is also why this is not eligible for refund/"
By Amazon Customer on February 14, 2024.

★☆☆☆☆ "The ingredients of this product are completely different from the actual Neotonics, and there are no returns. The real Neotonics back their product. Very disappointed. Don't buy this fake product!"
Read less
By Colleen Mahoney on February 10, 2024.

★☆☆☆☆ "This is not the real Puravive advertised on the puravive.com website, it is a counterfeit product. The real product will say "weight loss support" on the bottle, look online before buying."
Read less

By David Shinn on January 29, 2024.

★☆☆☆☆ "Beware...This is not the Blissful Aura product. Look close. No returns and refunds. Gummies are brown in color, not bright and vibrant hues like Blissful Aura gummies. Tastes like dead fish. Would not trust ingesting these."
Read less

By SYP on January 12, 2024.

★☆☆☆☆ "Beware, these are NOT authentic Puravive capsules. The label says Puravive but the ingredients are not the same as the original Puravive capsules sold on their website. The labels are the same but the capsules are not. Sorry to have to tell you this."
Read less

By M. R. on January 17, 2024.

★☆☆☆☆ "The ingredients are NOT the same as in the real Puravive product. And you cannot return this item either. It's too late for me now because I didn't read the label before buying like I should have. $30 down the drain."
Read less

By Patty N on December 27, 2023.

https://www.amazon.com/s?me=A1P5ROWBBK1MZB&marketplaceID=ATVPDKIKX0DER

16. On information and belief, all of the at least 136 Falsely Advertised Products are, in reality, one of just two products: keto pills or keto gummies, with identical ingredients, but with different labelling.

17. Defendant's false advertising is made in interstate commerce, at least because it is advertised to consumers across the United States on Amazon.com.

18. Defendant's False Advertising is material because it misrepresents the ingredients found in its products, the benefits of its products, and the quality, reputation, and approval of its products by others.

19. Defendant's False Advertising has the tendency to deceive consumers into believing that Defendant's products have certain ingredients, benefits, quality, and/or approval, which in fact they do not have. Indeed, actual deception has already occurred, as evidenced by the customer reviews of Defendant's products.

20. Defendant's False Advertising is likely to influence purchasing decisions because consumers look for products with particular ingredients, benefits, and quality, and for products and retailers with good reputations and that have received the approval of other consumers.

21. Plaintiff has suffered harm from Defendant's False Advertising in the form of lost profits, diverted sales and market share, and the weakening of Plaintiff's public perception and goodwill and its legitimate BHB products.

22. As a result of Defendant's misconduct as alleged herein, Plaintiff's immediate, irreparable injuries have no adequate remedy at law, and Plaintiff is entitled to injunctive relief, Plaintiff's actual damages, Defendant's profits, as well as costs and reasonable attorney fees.

## FIRST CLAIM FOR RELIEF
**False Advertising and Unfair Competition**
**False BHB Ingredient Advertising**
**15 U.S.C. § 1125(a)**

23. Plaintiff incorporates and realleges the allegations of all prior paragraphs as if fully set forth herein.

24. Defendant falsely advertises on Amazon.com that all of the Falsely Advertised Products contain BHB ingredients, when in fact, they do not contain BHB.

25. Plaintiff is a direct competitor of Defendant in the dietary supplements market and specifically for BHB and ketone supplements.

26. Defendant's advertisements were made across the United States to consumers via Amazon.com. Defendant's misrepresentations are detrimental and dangerous to consumers who purchase these products expecting different ingredients than what they purchased. These false advertisements have the potential to deceive a substantial portion of the Defendant's audience

because they are prominently displayed in Defendant's advertising and because the evidence on record indicates that consumers are susceptible to this specific false advertising claim.

27. Plaintiff has suffered harm from Defendant's false advertising and unfair competition in the form of lost profits, diverted sales and market share, and the weakening of Plaintiff's public perception and goodwill.

**SECOND CLAIM FOR RELIEF**
**False Advertising and Unfair Competition**
**False Celebrity and Television Endorsements**
**15 U.S.C. § 1125(a)**

28. Plaintiff incorporates and realleges the allegations of all prior paragraphs as if fully set forth herein.

29. Defendant falsely advertises that many of its most popular Falsely Advertised Products are endorsed by various celebrities and television programs, including at least the Falsely Advertised Products identified by Amazon ASINs B0CBNBRTGB, B0CBNCD659, B0CBNDSM9B, B0CBNDSM9B, B0CD2S2ZHQ, B0CB4QCKV2, B0C6X8Z24T, B0C55T9MYV, B0C55T9MYV, and B0C55TR9VX (collectively, the "Falsely Endorsed Products").

30. Plaintiff is a direct competitor of Defendant in the dietary supplements market and specifically for BHB and ketone supplements.

31. Defendant's false advertisements for the Falsely Endorsed Products were made across the United States to consumers via Amazon.com. Defendant's misrepresentations are detrimental and dangerous to consumers who purchase these products believing that they have endorsements and affiliations which, in reality, they do not have. These false advertisements have the potential to deceive a substantial portion of the Defendant's audience because they are

prominently displayed in Defendant's advertising and because the evidence on record indicates that consumers are susceptible to this specific false advertising claim.

32. Plaintiff has suffered harm from Defendant's false advertising and unfair competition associated with the Falsely Endorsed Products in the form of lost profits, diverted sales and market share, and the weakening of Plaintiff's public perception and goodwill.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully prays that the Court enter judgment in its favor and award the following relief against Defendant:

A. A judgment that Defendant falsely advertises that at least the Falsely Advertised Products contain BHB;

B. A judgment that Defendant falsely advertises celebrity and television endorsements for at least the Falsely Endorsed Products;

C. A judgment that Defendant unfairly competed with Plaintiff;

D. A finding that the Defendant's conduct alleged herein was willful and that this case is exceptional;

E. An order and judgment enjoining Defendant and its officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from unfairly competing with Plaintiff or from falsely advertising any products;

F. An award of actual damages in an amount to be determined at trial for false advertising and unfair competition.

G. Disgorgement of Defendant's profits associated with Defendant's false advertising and unfair competition;

H. Plaintiff's costs and attorneys' fees;

I. An order and judgment for Defendant to promulgate corrective advertising by the same media and with the same distribution and frequency as the false advertising alleged herein;

J. Any such other and further relief as the Court deems proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a jury trial on all matters triable to a jury.

DATED April 23, 2024.

Respectfully submitted,

CROWLEY | FLECK

By: /s/ Alaina M. Stedillie
Alaina M. Stedillie (#6-4327)
CROWLEY | FLECK
111 W 2nd St. #220
Casper, WY 82601
Telephone: (307) 265-2279
Facsimile: (307) 265-2307
astedillie@crowleyfleck.com

Brian N. Platt (*pro hac vice forthcoming*)
Collin D. Hansen (*pro hac vice forthcoming*)
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707
bplatt@wnlaw.com
chansen@wnlaw.com

*Counsel for Plaintiff Axcess Global Sciences, LLC*